UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                            CASE NO. 8:92-CR-316-T-17AAS

JOSEPH DILLARD.

_____/

ORDER

This cause is before the Court on:

Dkt. 87    Motion for Writ of Habeas Corpus Ad Prosequendum
Dkt. 91    Response
Dkt. 95    Reply
Dkt. 96    Report and Recommendation

Defendant Joseph Dillard, *pro se*, moves for a Writ of Habeas Corpus Ad Prosequendum/Request for Final Disposition, via the Interstate Agreement on Detainers Act.

In the Report and Recommendation, Magistrate Judge Sansone recommends that Defendant Dillard's Motion be denied.

No objections to the Report and Recommendation have been filed. The Court has carefully reviewed the pleadings and the record. After consideration, the Court adopts the Report and Recommendation and incorporates it by reference.

Defendant Dillard is in state custody, serving a sentence for an armed robbery charge. Defendant Dillard was on supervised release for a federal conviction at the time Defendant was charged with the state offense. A Petition for Warrant and for revocation of supervised release was filed for Defendant's new criminal conduct on September 3, 2007, for which Defendant was charged with Armed Robbery With a Firearm in Hillsborough County Circuit Court, Tampa, Florida, Case No. 07-CF-18607. (Dkt. 85). The Court granted the request for issuance of a warrant, which was filed as a detainer since Defendant Dillard was in state custody. At the conclusion of Defendant Dillard's state sentence, the warrant will serve to bring Defendant Dillard into federal custody, and the request for revocation of supervised release will be adjudicated at that time.

Accordingly, it is

ORDERED that the Report and Recommendation (Dkt. 96) is **adopted** and **incorporated by reference**. Defendant Dillard's Motion for Writ of Habeas Corpus Ad Prosequendum/Request for Final Disposition (Dkt. 87) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of November, 2019.



ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

*Pro Se* Defendant:

Joseph Dillard, Jr.
FDC 505754
Putnam Correctional Institution
128 Yelvington Rd.
East Palatka, FL   32131